QUIN DENVIR, Bar #49374
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTINA RENTERIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 1:05-cr-0154 OWW |
| v. | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| CHRISTINA RENTERIA, | ) | |
| Defendant. | ) | Date : June 13, 2005<br>Time : 1:30 p.m.<br>Judge : Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED, by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing scheduled in the above captioned matter for May 31, 2005 may be continued to **June 13, 2005 at 1:30 p.m.**

The reason for the requested continuance is that counsel for defendant will be at training in San Antonio, Texas on May 31, 2005.

The parties agree that the delay resulting from the continuance shall be excluded in the

///
///
///
///
///
///

interests of justice herein for continuity of counsel pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED: May 25, 2005                                    McGREGOR M. SCOTT
                                                                            United States Attorney


                                                                            /s/ Stanley A. Boone
                                                                            STANLEY A. BOONE
                                                                            Assistant U.S. Attorney
                                                                            Attorney for Plaintiff


DATED:   May 25, 2005                                  QUIN DENVIR
                                                                            Federal Defender


                                                                            /s/ Ann H. Voris
                                                                            ANN H. VORIS
                                                                            Assistant Federal Defender
                                                                            Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.

DATED:   5/26/05

                                                                            /s/ OLIVER W. WANGER
                                                                            ─────────────────────────
                                                                            The Hon. OLIVER W. WANGER
                                                                            U.S. District Court Judge
                                                                            Eastern District of California