Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | **CHRISTINA RENTERIA** |
| **Docket Number:** | 1:05CR00154-01 OWW |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 11/14/2005 |
| **Original Offense:** | 20 USC 1097, Financial Aid Fraud<br>(CLASS D FELONY) |
| **Original Sentence:** | 5 years probation; $100 special assessment; $13,448.59 restitution |
| **Special Conditions:** | 1) Search; 2) No dissipation of assets; 3) Financial disclosure; 4) Financial restrictions; 5) 150 hours of unpaid community service; 6) DNA collection |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 11/14/2005 |
| **Assistant U.S. Attorney:** | Stanley A. Boone    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Ann Voris    **Telephone:** (559) 487-5561 |

**RE:   Christina RENTERIA**
       **Docket Number:  1:05CR00154-01 OWW**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

<u>**10/01/2007**</u>:               Probation Form 12A, Report of Offender Non-Compliance, alleging irregular completion of community service hours and irregular fine/restitution payments.  The Court approves Probation Officer's plan requiring offender to focus on completing community service hours and paying restitution.

<u>**02/11/2010:**</u>              Probation Form 12B, Petition to Modify the Conditions or Terms of Supervision With Consent of the Offender, alleging dishonesty and failure to complete 150 hours of community service.  The Court ordered the offender to complete an additional 100 hours of unpaid community service.

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> As directed by the probation officer, the defendant shall participate in a cognitive behavioral treatment program.

**Justification:**   On November 14, 2005, the offender was ordered to abide by conditions of probation for five years.  She was placed on probation after committing financial aid fraud.  It appears, almost five years later, that her deceiving mentality has not changed.

The offender has completed the 250 hours of community service as ordered by the Court.  However, after numerous failed attempts to make contact with the offender, on September 1, 2010, she as directed via text message, to contact this officer in the morning hours of September 2, 2010, as a face to face contact was necessary.  On September 2, 2010, the offender failed to contact this officer as directed.  This officer attempted to contact the offender via phone, email, text and at the residence; all without success.  When contact was ultimately made, the offender made numerous excuses as to why contact was not made, none of which appeared plausible.

RE:    Christina RENTERIA
       Docket Number:  1:05CR00154-01 OWW
       PETITION TO MODIFY THE CONDITIONS OR TERM
       OF SUPERVISION WITH CONSENT OF THE OFFENDER

In an effort to assist her decision-making skills, the offender agreed to participate in Moral Reconation Therapy (MRT), a cognitive behavior treatment program. The sanction imposed addresses the issue of accountability and protection for the community. Therefore, it is respectfully recommended that no further action be taken by the Court at this time.

The offender agrees with this modification and has signed the Probation Form 49a Waiver, herein attached.

Respectfully submitted,

/s/ Adrian Garcia

**ADRIAN GARCIA**
**United States Probation Officer**
Telephone:  (559) 499-5715

**DATED:**    September 17, 2010
                Fresno, California
                AG/rmv

**REVIEWED BY:**    /s/ Hubert J. Alvarez
                        **HUBERT J. ALVAREZ**
                        **Supervising United States Probation Officer**

RE: **Christina RENTERIA**
    **Docket Number:  1:05CR00154-01 OWW**
    <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
    <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

---

**THE COURT ORDERS:**

(✓)   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:


| September 20, 2010 | /s/ OLIVER W. WANGER |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:   United States Probation
      Stanley A. Boone, Assistant United States Attorney
      Ann Voris, Assistant Federal Defender
      Defendant
      Court File